UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEWAYNE TAYLOR,

                  Petitioner,

-against-

UNITED STATES OF AMERICA,

                  Respondent.
------------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 12 2014 ★
BROOKLYN OFFICE

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
12-CV-04904 (CBA)

**AMON, Chief United States District Judge:**

On September 28, 2012, Dewayne Taylor filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255. The government responded to that petition on April 1, 2013. Included among the bases for the relief sought by Taylor is a claim that his trial counsel, Len Kamdang, was ineffective in failing to negotiate a plea agreement on behalf of Taylor. The government's memorandum of law in response to Taylor's petition included representations regarding whether a plea offer was ever made to Taylor, and descriptions of certain conversations with Kamdang regarding the possibility of Taylor's cooperation. The Court hereby requests that, by August 18, 2014, the Assistant United States Attorney file a sworn affidavit or affirmation attesting to these factual circumstances.

Dated: Brooklyn, New York
       August 12, 2014

s/Carol Bagley Amon

Carol Bagley Amon
Chief United States District Judge

1